■ In the Matter of RODNEY McNEIL, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [986 NYS2d 372]—Appeal from a judgment of the Supreme Court (Melkonian, J.), entered October 18, 2012 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

Judgment affirmed. No opinion.

Peters, P.J., Stein, Garry and Rose, JJ., concur. Ordered that the judgment is affirmed, without costs.

■ In the Matter of JAMEL FLOYD, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [986 NYS2d 373]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., Stein, McCarthy and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.